```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18392
   MARLO MOORE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9170


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/07/2007 and was confirmed 01/24/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 10/02/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
M & T BANK NA              NOTICE ONLY     NOT FILED            .00            .00
CITI CARDS                 UNSECURED       NOT FILED            .00            .00
CINGULAR WIRELESS          UNSECURED       NOT FILED            .00            .00
ADVOCATE SOUTH SUBURBAN    UNSECURED       NOT FILED            .00            .00
HSBC/RS                    UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY         UNSECURED          905.57            .00            .00
RADIOLOGY                  UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED         1146.63            .00            .00
PROVIDIAN BANK             UNSECURED       NOT FILED            .00            .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED            .00            .00
PROVIDIAN                  UNSECURED       NOT FILED            .00            .00
TRI CAP INVESTMENT PARTN   UNSECURED         3186.97            .00            .00
SPRINT                     UNSECURED       NOT FILED            .00            .00
USA PAYDAY LOANS           UNSECURED       NOT FILED            .00            .00
SPRINT PCS                 UNSECURED       NOT FILED            .00            .00
WESTERN INTL UNV ONLINE    UNSECURED       NOT FILED            .00            .00
M&T MORTGAGE CORPORATION   CURRENT MORTG         .00            .00            .00
M&T MORTGAGE CORPORATION   MORTGAGE ARRE   25300.24            .00            .00
TRIBUTE GOLD MASTERCARD    UNSECURED          162.24            .00            .00
SALUTE VISA GOLD           UNSECURED          198.80            .00            .00
M&T MORTGAGE CORPORATION   NOTICE ONLY     NOT FILED            .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY      2,873.00                      2,791.28
TOM VAUGHN                 TRUSTEE                                          242.72
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    3,034.00

PRIORITY                                          .00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 18392 MARLO MOORE
```

```
SECURED                                                        .00
UNSECURED                                                      .00
ADMINISTRATIVE                                            2,791.28
TRUSTEE COMPENSATION                                        242.72
DEBTOR REFUND                                                  .00
                                    ----------------  ----------------
TOTALS                                     3,034.00          3,034.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```